# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAJOR DAVIS** | **CIVIL ACTION** |
| **VERSUS** | **NO:    11-2309** |
| **JOHNELL YOUNG** | **SECTION: "J" (4)** |

The plaintiff in the captioned matter has filed a **MOTION FOR APPOINTMENT OF COUNSEL (doc. #4)**. However, a District Court should only appoint counsel in a civil rights case if the case presents exceptional circumstances. <u>Norton v. E.U. Dimazana,</u> 122 F. 3d 286, 293 (5th Cir. 1997).

On September 26, 2011, **(doc #7),** the Court ordered the plaintiff to certify in writing the steps he has taken to secure counsel. However, the plaintiff never responded to the Order.

Having considered the factors suggested in <u>Ulmer v. Chancellor</u>, 691 F.2d 209 (5th Cir. 1982) and further allowing the plaintiff an opportunity to advise the court of steps taken to secure counsel,

**IT IS ORDERED** that the plaintiff's **Motion for Appointment of Counsel (doc. #4) is DENIED**.

New Orleans, Louisiana, this 11th day of October 2011

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**