UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MAJOR DAVIS**                                                          **CIVIL ACTION**

**VERSUS**                                                                **NO. 11-2309**

**JOHNELL YOUNG, ET AL**                                    **SECTION "J"(4)**

## O R D E R

The *pro se* plaintiff, Major Davis, has filed a **Motion for Reconsideration of Appointment of Counsel (Rec. Doc. No. 19)** requesting that the Court consider his untimely filed reasons why counsel should be appointed for him in this *in forma pauperis* action brought pursuant to 42 U.S.C. § 1983 and state law.

Davis previously filed a Motion for Appointment of Counsel (Rec. Doc. No. 4), and he did not timely reply to the Court's Order (Rec. Doc. No. 8) to provide additional information related to that motion. The Court denied the motion finding that Davis was not entitled to appointment of counsel under the standards set forth in *Ulmer v. Chancellor*, 691 F.2d 209 (5th Cir. 1982) and *Norton v. E.U. Dimazana*, 122 F.3d 286 (5th Cir. 1997). Rec. Doc. No. 8. Sometime thereafter, Davis filed the response (Rec. Doc. No. 15) to the Court's prior order.

The Court has reviewed the motion to reconsider and Davis's reply regarding his efforts to secure counsel on his own. Davis has not presented any basis for the Court to reconsider its original

ruling. He has not established a need for appointment of counsel in this case under the *Ulmer* factors. Accordingly,

**IT IS ORDERED** that Major Davis's **Motion for Reconsideration of Appointment of Counsel (Rec. Doc. No. 19)** is **DENIED**.

New Orleans, Louisiana, this 21st day of November, 2011.

                                                    **KAREN WELLS ROBY**
                                        **UNITED STATES MAGISTRATE JUDGE**