UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAJOR DAVIS** | **CIVIL ACTION** |
| **versus** | **NO. 11-2309** |
| **JOHNELL YOUNG, ET AL.** | **SECTION: "J" (4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 21), and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 21) and adopts it as the Court's own opinion. Accordingly,

**IT IS ORDERED** that Plaintiff Major Davis's § 1983 claims against Sheriff Jack Stephens be and hereby are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e), 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this  9th  day of ____January____, 2012.

_____
UNITED STATES DISTRICT JUDGE